RECEIVED

JUN 26 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 12-cr-00022-02 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| JUAN CARILLO | MAGISTRATE JUDGE HANNA |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Juan Carillo, and adjudges him guilty of the offenses charged in **Count 1** and **Count 31** of the indictment against him.

**THUS DONE AND SIGNED** in chambers, this 26th day of June, 2012, in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE